Elbert Thomas MARTIN,
Plaintiff—Appellant,

v.

Donald A. RAMBERG, M.D.,
Defendant—Appellee.

No. 10–56562.

United States Court of Appeals,
Ninth Circuit.

Submitted April 17, 2012.\*

Filed April 26, 2012.

Elbert Thomas Martin, Norco, CA, pro se.

Mark Bradley Connely, Esquire, Molly E. Thurmond, Counsel, Hall, Hieatt & Connely, LLP, San Luis Obispo, CA, for Defendant–Appellee.

Before: LEAVY, BEA, and N.R. SMITH, Circuit Judges.

### MEMORANDUM \*\*

Elbert Thomas Martin, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v.*

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Martin failed to raise a genuine dispute of material fact as to whether defendant's treatment of his back and leg pain constituted deliberate indifference. *See id.* at 1058 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to inmate health, and a difference of opinion concerning the appropriate course of treatment does not amount to deliberate indifference).

Martin's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.